ACCEPTED
03-14-00738-CV
5120005
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 1:56:42 PM
JEFFREY D. KYLE
CLERK

**03-14-00738-CV**

In the Court of Appeals
For the Third District of Texas at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 1:56:42 PM
JEFFREY D. KYLE
Clerk

**Elness, Swenson, Graham Architects, Inc.,**
*Appellant and Cross-Appellee*,

**v.**

**RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP,
and RLJ Lodging Fund II Acquisitions, LLC,**
*Appellees and Cross-Appellants*.

On Appeal from the
200th Judicial District Court of Travis County, Texas
Cause Number: D-1-GN-002325
The Honorable Stephen Yelenosky, Presiding Judge

**CROSS-APPELLEE'S UNOPPOSED MOTION TO EXTEND
TIME TO FILE CROSS-APPELLEE'S RESPONSE BRIEF**

*Attorneys for Appellant and Cross-Appellee*

**MACDONALD DEVIN, PC**
3800 Renaissance Tower
Dallas, Texas 75270
214.744.3300 telephone
214.747.0942 facsimile

**Gregory N. Ziegler**
Texas Bar No. 00791985
GZiegler@MacdonaldDevin.com
**Weston M. Davis**
Texas Bar No. 24065126
WDavis@MacdonaldDevin.com
**Steven R. Baggett**
Texas Bar No. 01510680
SBaggett@MacdonaldDevin.com

## IDENTITY OF PARTIES AND COUNSEL

**Defendant/Appellant/Cross-Appellee**

Elness, Swenson, Graham Architects, Inc.

**Counsel for Defendant/Appellant/Cross-Appellee**

Gregory N. Ziegler
Texas Bar No. 00791985
Steven R. Baggett
Texas Bar No. 01510680
Weston M. Davis
Texas Bar No. 24065126
MACDONALD DEVIN, PC
1201 Elm Street
3800 Renaissance Tower
Dallas, Texas  75270
214.744.3300   Telephone
214.747.0942   Facsimile

**Counsel for Plaintiff/Appellee/Cross-Appellant**

RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP, and RLJ Lodging
Fund II Acquisitions, LLC
       *represented by*
Michael Huddleston
Stephen Gibson
Benton T. Wheatley
Tracy L. McCreight
Jessica C. Neufeld
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Ave, Suite 3050
Austin, Texas  78701
512.391.6100 Telephone
512.391.6149  Facsimile

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), the Cross-Appellee, Elness, Swenson, Graham Architects, Inc. ("ESG"), files this Unopposed Motion to Extend Time to File Cross-Appellee's Response Brief. ESG's response brief is currently due on May 11, 2015. Counsel for ESG requests a 30-day extension of time to file its brief, making the brief due on June 11, 2015. This is the first request for extension of time to file ESG's response brief to the cross-appeal. ESG and RLJ each previously requested one 30-day extension of time to file the Appellant's and Cross-Appellant's opening briefs.

In addition to the routine matters that counsel must attend to in daily practice, counsel for ESG is preparing for the following matters:

1. *In re Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor*, No. 01-15-00327-CV, in the First Court of Appeals, Relator's Reply in Support of Petition for Writ of Mandamus and preparation for oral argument;

2. *Hassell Construction Co., Inc. v. Springwoods Realty Company, et al.*, No. 2012-42981, in the District Court of Harris County, Texas, 333rd Judicial District, Summary Judgment briefing to be completed by May 8, 2015; and

3. *Rio Grande City Consolidated ISD v. Descon Construction, L.P., et. al.*, No. DC-14-46, In the District Court of Starr County, Texas, 229th

Judicial District, Final Pretrial Conference and Jury Trial set for May 11, 2015.

Counsel for ESG seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

Counsel for ESG has conferred with Michael W. Huddleston, counsel for the Cross-Appellant, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Cross-Appellee requests that this Court grant this Unopposed Motion to Extend Time to File Cross-Appellee's Response Brief and extend the deadline for filing Cross-Appellee's Response Brief up to and including June 11, 2015. ESG requests all other relief to which it may be entitled.

Respectfully submitted,

By:   /s/ Weston M. Davis
**Gregory N. Ziegler**
Texas Bar No. 00791985
GZiegler@MacdonaldDevin.com
**Steven R. Baggett**
Texas Bar No. 01510680
GZiegler@MacdonaldDevin.com
**Weston M. Davis**
Texas Bar No. 24065126
WDavis@MacdonaldDevin.com

**MACDONALD DEVIN, PC**
1201 Elm Street
3800 Renaissance Tower
Dallas, Texas 75270
214.744.3300 telephone
214.747.0942 facsimile

**Attorneys for Appellant**
**Elness, Swenson, Graham**
**Architects, Inc.**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing Unopposed Motion to Extend Time to File Cross-Appellee's Response Brief was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure via e-Filing, on May 1, 2015.

  /s/ Weston M. Davis
**Weston M. Davis**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that counsel for ESG conferred with opposing counsel who indicated that his client does not oppose this motion.

/s/ Weston M. Davis
**Weston M. Davis**